1  WILLIAM M. KUNTZ   # 153052
   Attorney at Law
2  4780 Arlington Avenue
   Riverside, CA 92504
3  (951) 343-3400
   Fax (951) 343-4004
4  E-Mail: KuntzSSlaw @sbcglobal.net
   Attorney for Plaintiff
5

6

7

8              UNITED STATES DISTRICT COURT
       FOR THE CENTRAL DISTRICT OF CALIFORNIA
9                   EASTERN DIVISION

10

11  RAYMOND E. OTTO,                  )    CASE NO.: **EDCV11-1925-JEM**
                                      )
12            Plaintiff,              )    [PROPOSED] ORDER AWARDING
                                      )    EAJA FEES
13       v.                           )
                                      )
14  MICHAEL J. ASTRUE,                )
    Commissioner of Social Security,  )
15                                    )
              Defendant.              )
16  _____ )

17

18       Based upon the parties' Stipulation for Award and Payment of Equal Access

19  to Justice Act (EAJA) Fees ("Stipulation"),

20       **IT IS ORDERED** that Plaintiff shall be awarded attorney fees under the

21  Equal Access to Justice Act, ("EAJA") in the amount of THREE THOUSAND

22  TWO HUNDRED FIFTY DOLLARS and no/cents ($3,250.00), as authorized by

23  28 U.S.C. § 2412 (d), and subject to the terms and conditions of the Stipulation.

24  DATED:  11|14|2012

25

26                    John E. McDermott
                UNITED STATES MAGISTRATE JUDGE

27

28

                              1